# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 258 |
| | : | |
| ORDER AMENDING RULE 311, | : | APPELLATE PROCEDURAL RULES |
| 341, AND 904 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 14th day of December, 2015, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published before adoption at 44 Pa.B. 319 (January 18, 2014):

   **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Appellate Procedure 311, 341, and 904 are amended in the attached form.

   This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2016 for all orders entered on or after that date.


Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.